United States District Court Federal for the District of Wilmington Delaware

In re: eToys 01-706 through 01-709 (jointly administrated)

I Steve Haas Pro Se and as 100% owner for Collateral Logistics, Inc ("CLI")
As collectively and separately are the Plaintiff (the "Plaintiff")

v

, ebc1, Inc. formerly known as eToys, Inc. DE Fed Dist case # 01-706 thru 01-709 and the confirmed Plan Committee thereof the Post Effective Date Committee (the "PEDC") as collectively and separately are the Defendant (the "Defendant")

### Notice of Intent of Appeal

Whereas the Plaintiff appeals to the United States District Court for the District of Wilmington Delaware from the Judgement/order/decree of Randolph Baxter as visiting Justice assigned to the CLI claim in the eToys ESTATE case where His Honor Randolph Baxter in the Bankruptcy Court of Wilmington Delaware did rule to void and expunge the CLI claim on August 22, 2005 and did sign an Order to such effect on August 25, 2005.

Whereas I, Steven Haas, also known as Laser Steven Haas as 100% owner of CLI did perform work in compliance with a Court Order signed by Her Honor Mary F Walrath do this day, August 31, 2005 declare the intent to appeal and raise issue with His Honor Randolph Baxter's ruling against CLI and I, Steve Haas.

Dated August 31, 2005

Signed [signature]
Pro Se Litigant.

Service Sent electronically (email) to Fred Rosner of the Firm Jaspen Schellisnger as local counsel for the Post Effective Date Committee (PEDC)

And also to Fred Rosner by mail.

While also sending this letter, signed and dated by overnight carrier to the US Bankruptcy Court Clerks Office with the appropriate filing fee of $250 as required by the US Delaware Bankruptcy Court website.