TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 01-706

**Deputy Clerk Transferring Case:** Anissa L. Cothran

**Case Type:** Main Bankruptcy Case

**Cause of Appeal:**
Order entered on 8/25/2005 Dismissing Claims Filed by Collateral Logistics, Inc. and Denying Emergency Motion by Collateral Logistics, Inc. for an Extension of Time to Seek New Counsel and/or to Act Pro Se.

**Parties:**   Steve Haas, Pro Se  v.  Etoys, Inc. and PEDC

**Appellant Counsel:**          **Steve Haas,  Pro Se**
                                President and CEO
                                Collateral Logistics, Inc.
                                12901 Garden Grove Blvd.
                                 Suite 101
                                Garden Grove, CA 92843
                                (302) 521-7770

**Appellee Counsel:**           **Frederick B. Rosner**
                                Jaspen Schlesinger Hoffman
                                913 N. Market Street
                                12th Floor
                                Wilmington, DE 19801
                                (302) 351-8000