IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re:

                                                           Chapter 11

ETOYS, INC., et al.,                           Case Nos. 01-0706 (RB)
                                                          Through 01-0709 (RB)

               Confirmed Debtors.

------------------------------------------------------------X

**COUNTER-DESIGNATION OF RECORD ON APPEAL
BY APPELLEE POST EFFECTIVE DATE COMMITTEE**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellee, The Post Effective Date Committee (the "PEDC"), hereby designates the following items to be included in the Record on Appeal, in addition to the items designated by Appellant[1], Steven Haas a/k/a Laser Steven Haas, self-described one-hundred (100%) percent owner of Collateral Logistics, Inc. ("CLI"), and purported *pro se* litigant, with respect to the "Notice of Intent of Appeal" dated August 31, 2005 from Order (A) Dismissing Claims Filed By Collateral Logistics, Inc. and (B) Denying Emergency Motion By Collateral Logistics, Inc. for an Extension of Time to Seek New Counsel and/or Act Pro Se entered on August 25, 2005 by the United States Bankruptcy Court for the District of Delaware.

**COUNTER-DESIGNATION OF RECORD ON APPEAL**

| Tab No. | Date Filed | Docket No. | Pleading Description |
|---|---|---|---|
| 1 | 4/25/01 | 249 | Order Authorizing and Approving Employment of CLI as Liquidation Consultant to the Debtors |

---

[1] Appellant reserves the right to strike certain items designated by Appellant. Appellee also notes that Appellant has sought to identify numerous issues on appeal. Appellee submits that most of the purported issues raised are not relevant to and should not be heard as part of this appeal. Appellee reserves all rights in respect of the scope of the issues to be heard on appeal.

14915

| 2 | 7/09/01 | 515 | Order (Supplemental) Authorizing and Approving Employment of CLI as Liquidation Agent for the Debtors |
| --- | --- | --- | --- |
| 3 | 2/14/02 | 902 | CLI's Proof of Claim Dated 2/14/02 |
| 4 | 2/26/02 | 923 | CLI's Proof of Claim Dated 3/01/02 |
| 5 | 8/02/04 | 2071 | Order Granting Henry Heiman to Withdraw as Counsel for CLI |
| 6 | 10/22/04 | 2104 | PEDC's Motion to Compel Responses to Discovery, et al. |
| 7 | 11/12/04 | 2111 | CLI's Response to PEDC's Motion to Compel Responses to Discovery, et. al. |
| 8 | 11/19/04 | 2121 | PEDC's Supplement to Motion to Compel Responses to Discovery, et. al. |
| 9 | 12/07/04 | 2133 | Order Regarding PEDC's Motion to Compel Responses to Discovery, et. al. |
| 10 | 12/29/04 | 2148 | Order Granting Fainsbert Mase & Snyder, LLP and Fox Rothschild to Withdraw as Counsel to CLI |
| 11 | 3/15/05 | 2228 | Trial Transcript of March 1, 2005; pages 1 and 19 |
| 12 | 3/22/05 | 2234 | Order Reassigning PEDC's Objection to Admin. Expense Claim of CLI to Judge Baxter |
| 13 | 6/06/05 | 2274 | Order Granting Motion of The Bayard Firm to Withdraw as Counsel to CLI |
| 14 | 6/14/05 | 2283 | Order Denying CLI's Motion to Continue Hearing, et. al. |
| 15 | 6/17/05 | 2287 | CLI's Emergency Motion for Extension of Time to Seek New Counsel |

14915                                              2

| 16 | 6/24/05 | 2294 | Barry Gold's Motion to Strike Improper and Unauthorized Post-Hearing Pleadings of Steve Haas |
| 17 | 6/27/05 | 2296 | Order Granting Barry's Gold Motion to Strike Improper and Unauthorized Post-Hearing Pleadings of Steve Haas |
| 18 | 7/21/05 | 2301 | Motion by the Post Effective Date Committee to Dismiss Claims Filed by Collateral Logistics |
| 19 | 7/26/05 | 2302 | Order Regarding CLI's Emergency Motion for Summary Adjudication, et. al. |
| 20 | 8/22/05 | 2308 | Response by Collateral Logistics to PEDC Motion to Dismiss the Collateral Logistics Claim |
| 21 | 8/25/05 | 2312 | Order Dismissing CLI's Claims, et. al. |
| 22 | 8/22/05 | [Copy Ordered by Appellee] | Transcript of August 22, 2005 Hearing |

In accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure and Local Rule 8006.1, Appellee has provided copies of the items designated herein to the Clerk of the United States Bankruptcy Court for the District of Delaware.

14915                                                                 3

WHEREFORE, Appellee respectfully requests that the Clerk of the United States Bankruptcy Court for the District of Delaware transmit the counter record on Appeal to the Clerk of the United States District Court for the District of Delaware pursuant to Federal Rule of Bankruptcy Procedure 8007(b).

Dated: September 21, 2005
      Wilmington, Delaware

                              **JASPAN SCHLESINGER HOFFMAN LLP**

By:    /s/ Frederick B. Rosner
         Frederick B. Rosner (No. 3995)
         913 North Market Street, 12th Floor
         Wilmington, DE 19801
         Telephone: (302) 351-8000
         Facsimile: (302) 351-8010

         Delaware Counsel to the Post Effective Date
         Committee