IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**4

IN RE: eToys, Inc.

| | | |
|---|---|---|
| Steven Haas | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   05-728 |
| v. | ) | |
| | ) | |
| eToys, Inc. and Post-Effective Date Committee of Unsecured Creditors | ) ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 01-706 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/25/05 was docketed in the District Court on 10/14/05:

> Order entered on 8/25/05 dismissing claims filed by Collateral Logistics, Inc. And denying emergency motion by Collateral Logistics, Inc. for an extension of time to seek new counsel and/or act pro se

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

    Peter T. Dalleo
    Clerk of Court

Date:   October 14, 2005

To:     U.S. Bankruptcy Court
        Counsel