IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                                :
                                                      :   Chapter 11
                                                      :
ETOYS, INC., et al.,                                  :   Case Nos. 01-0706 (RB)
                                                      :   Through 01-0709 (RB)
        Confirmed Debtors.                            :
                                                      :
------------------------------------------------------x
STEVEN HAAS,                                          :
                                                      :
        Appellant,                                    :   Civil Action No. 05-728
                                                      :
        v.                                            :
                                                      :
ETOYS, INC. AND POST-EFFECTIVE DATE                   :
COMMITTEE OF UNSECURED CREDITORS,                     :
                                                      :
        Appellee.                                     :
```

## MOTION TO DISMISS APPEAL

APPELLEE, The Post-Effective Date Committee (the "PEDC"), hereby moves this Court for an order dismissing the appeal (the "Appeal") of Collateral Logistics, Inc. ("CLI/Appellant") from the August 25, 2005 Order of the Bankruptcy Court: (A) Dismissing Claims Filed by Collateral Logistics, Inc. and (B) Denying Emergency Motion by Collateral Logistics, Inc. for An Extension of Time to Seek New Counsel and/or to Act Pro Se for the reasons set forth in its Memorandum of Law filed contemporaneously herewith.

#15284.1

Dated: October 18, 2005
      Wilmington, Delaware

                                    **JASPAN SCHLESINGER HOFFMAN LLP**

By:   */s/ Frederick B. Rosner*
       Frederick B. Rosner (No. 3995)
       913 North Market Street, 12th Floor
       Wilmington, DE 19801
       Telephone: (302) 351-8000
       Facsimile: (302) 351-8010

       Delaware Counsel to The Post-Effective
       Date Committee