IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
                                                :
ETOYS, INC., et al.,                            :   Case Nos. 01-0706 (RB)
                                                :   Through 01-0709 (RB)
          Confirmed Debtors.                    :
                                                :
------------------------------------------------------------x
STEVEN HAAS,                                    :
                                                :
          Appellant,                            :   Civil Action No. 05-728
                                                :
     v.                                         :
                                                :
ETOYS, INC. AND POST-EFFECTIVE DATE             :
COMMITTEE OF UNSECURED CREDITORS,               :
                                                :
          Appellee.                             :

## ORDER GRANTING APPELLEE'S MOTION TO DISMISS

Upon the motion (the "Motion") of The Post-Effective Date Committee (the "PEDC") dated October 18, 2005 seeking to dismiss the appeal (the "Appeal") of Collateral Logistics, Inc. (the "Appellant") from the August 25, 2005 Order of the Bankruptcy Court: (A) Dismissing Claims Filed by Collateral Logistics, Inc. and (B) Denying Emergency Motion by Collateral Logistics, Inc. for An Extension of Time to Seek New Counsel and/or to Act Pro Se and the Appellee's Memorandum of Law submitted therewith; and after due deliberation and for cause shown, it is hereby

#15284.1

2

**ORDERED**, that the Motion is granted and the Appeal is dismissed with prejudice.

Dated: October ___, 2005
      Wilmington, Delaware

                                                _____
                                                United States District Court Judge