**EXHIBIT "D"**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**ADMINISTRATIVE CLAIM REQUEST**

EBC I, Inc. f/k/a eToys, Inc., PMJ Corporation, eKids, Inc., EBC Distribution, LLC f/k/a eToys Distribution, LLC

01-00706 (MFW) Jointly Administered

**NOTE: This form should be used to make a claim for an administrative expense arising after the commencement of the case pursuant to 11 U.S.C. §§ 503, 365(d)(3), 365 (d)(10).**

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Collateral Logistics, Inc.
c/o R. Steven Haas
3308 Willow Park Circle
Corona, CA 92881
Ph. No.: 302/521-7770

☐ Check box if you are aware that anyone else has filed a claim for administrative expense relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

If address differs from above, please complete the following:
Creditor Name:
Address:
City/St/Zip:

Telephone #

Account or other number by which creditor identifies debtor:

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____
this claim

1. **Basis for Claim**
   ☐ Goods sold
   ☒ Services performed      See attached
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

2. Date debt was incurred:

3. If court judgment, date obtained:

4. **Total Amount of Claim:** $783,500.00 plus additional unliquidated amounts.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Credits:** The amount of all payments on this claim should be credited and deducted for the purpose of making this administrative claim request.

6. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. This claim must be filed and actually received on or before November 23, 2001, at 4:00 p.m. (Pacific Standard Time).

Date: 2/14/02

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Susan E. Kaufman

This Space is for the Debtors' Use Only

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

244680

EXPENSE SCHEDULE
Collateral Logistics
eToys Estate

Labor

| | | |
|---|---|---|
| Crater, John | (remote supervisor) | $200,000 |
| Tom Somers | (in-house legal) | $ 25,000 |
| Al Kanovsky | (on site super Ont warehouse) | $ 30,000 |
| Tom Hoffman | (aux personnel) | $  5,500 |
| Steve Haas | (Senior super) | $200,000 |
| Josh Lamb | (aux personnel) | $ 20,000 |
| Bob Epstein | (Sr. Super VA) 2nd | $ 66,000 |
| Chris Crater | (Sr. Super VA) 1st | $ 10,000 |
| Dee Wade | (aux personnel) | $ 30,000 |
| Jennifer Pagan | (Secretarial) | $  6,000 |
| Kathy Klary | (Secretarial) | $  6,000 |

Assisted in generating sale to get KB to 25% for all inventory. After completing the count where KB announced to the world (WSJ article) they were paying $5.4 million, CLI corrected count to have KB pay $6.3 million. In addition thereto provided left over inventory that would eventually become part of the Wilkerson sale.

CLI solely generated Yellow Knife for $500,000 sale in Blairs.

Had oral agreement with Estate that if I would help the Estate bulk sell the inventory instead of "Tent sale" designed by the Judges' order I would receive 10% commission. A negotiated flat fee in good faith of $80,000 the morning of the actual contract discussion with Wilkerson. 10% commission was $125,000.

There was over $18,000 in CLI expenses that the Estate agreed to pay, which the Estate later refused to pay. CLI has spent an additional $10,000 on phone, emergency building repairs, storage and Miscellaneous expenses since then for the benefit of the Estate.

There is $4,000.00 owed to CLI for the bulk sale of wrapping paper to KB pursuant to Service B of the amended contract.

Summary

| | |
|---|---|
| Labor is | $550,500 |
| Expenses unpaid | $ 28,000 |
| Commission from Wilkerson Sale | $80,000 / $125,000 |

Additional money to be determined which is owed for sales and sale value brought to the Debtor but consummated during and after Termination.

SUPPLEMENTAL ADMINISTRATIVE CLAIM REQUEST

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

EBC-I, Inc. f/k/a eToys, Inc. PMJ Corporation, eKids, Inc., EBC Distribution, LLC f/k/a eToys Distribution, LLC

01-00706 (MFW) Jointly Administered

NOTE: This form should be used to make a claim for an administrative expense arising after the commencement of the case pursuant to 11 U.S.C. §§ 503, 365(d)(3), 365(d)(10).

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Collateral Logistics, Inc.
c/o R. Steven Haas
3308 Willow Park Circle
Corora, CA 92881
Ph. NO.: 302/521-7770

☐ Check box if you are aware that anyone else has filed a claim for administrative expense relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

If address differs from above, please complete the following:
Creditor Name:
Address:
City/St/Zip:

Telephone #

Account or other number by which creditor identifies debtor:

Check here if  ☐ replaces  ☐ amends  a previously filed claim, dated _____
this claim

1. Basis for Claim
   ☐ Goods sold
   ☒ Services performed    See attached
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

2. Date debt was incurred:

3. If court judgment, date obtained:

4. Total Amount of Claim: $783,500.00 plus additional unliquidated amounts.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Credits: The amount of all payments on this claim should be credited and deducted for the purpose of making this administrative claim request.
6. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
7. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. This claim must be filed and actually received on or before November 23, 2001, at 4:00 p.m. (Pacific Standard Time).

This Space is for the Debtors' Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 3/1/02 | Henry A. Heiman, Esquire |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXPENSE SCHEDULE
Collateral Logistics
eToys Estate

Labor

| | | |
|---|---|---|
| Crater, John | (remote supervisor) | $200,000 |
| Tom Somers | (in-house legal) | $ 25,000 |
| Al Kanovsky | (on site super Ont warehouse) | $ 30,000 |
| Tom Hoffman | (aux personnel) | $  5,500 |
| Steve Haas | (Senior super) | $200,000 |
| Josh Lamb | (aux personnel) | $ 20,000 |
| Bob Epstein | (Sr. Super VA) 2nd | $ 66,000 |
| Chris Crater | (Sr. Super VA) 1st | $ 10,000 |
| Dee Wade | (aux personnel) | $ 30,000 |
| Jennifer Pagan | (Secretarial) | $  6,000 |
| Kathy Klary | (Secretarial) | $  6,000 |

Assisted in generating sale to get KB to 25% for all inventory. After completing the count where KB announced to the world (WSJ article) they were paying $5.4 million, CLI corrected count to have KB pay $6.3 million. In addition thereto provided left over inventory that would eventually become part of the Wilkerson sale.

CLI solely generated Yellow Knife for $500,000 sale in Blairs.

Had oral agreement with Estate that if I would help the Estate bulk sell the inventory instead of "Tent sale" designed by the Judges' order I would receive 10% commission. A negotiated flat fee in good faith of $80,000 the morning of the actual contract discussion with Wilkerson. 10% commission was $125,000.

There was over $18,000 in CLI expenses that the Estate agreed to pay, which the Estate later refused to pay. CLI has spent an additional $10,000 on phone, emergency building repairs, storage and Miscellaneous expenses since then for the benefit of the Estate.

There is $4,000.00 owed to CLI for the bulk sale of wrapping paper to KB pursuant to Service B of the amended contract.

Summary

| | |
|---|---|
| Labor is | $550,500 |
| Expenses unpaid | $ 28,000 |
| Commission from Wilkerson Sale | $80,000 / $125,000 |

Additional money to be determined which is owed for sales and sale value brought to the Debtor but consummated during and after Termination.

Supplemental Information

1. KB Toys: CLI arranged for the sale of all assets to KB Toys at 25% and increased inventory value. Negotiations and some of the transaction took place in the first 60 days of CLI's Original Contract, the balance occurred thereafter. E-Toys took the position that the entire transaction occurred in the first 60 days and that it was covered by the flat payment of $200,000.00. Although the Original Contract provided that the flat fee was exclusive of expenses and costs including labor, e-Toys has paid for only a small portion of the expenses and costs.

In June and July, CLI participated in the negotiation for the sale of the Intellectual Property to KB Toys and was instrumental in obtaining $3,000,000.00 for the Intellectual Property.

CLI obtained a commitment from KB Toys to purchase the e-mail capability of the use of e-Toys customer list.

CLI consummated the sale of wrapping paper to KB Toys.

2. Yellowknife: CLI sold the active inventory and baby center inventory to Yellowknife for $500,000.00.

3. CLI initiated the contact with DoveBid and began negotiations for the sale/auction arrangement of all remaining assets including inventory, FF&E and IT equipment, which were stalled as the result of anticipated retail sales. No money was provided for the retail sales. CLI initiated contact with Wilkerson & Associates for the sale of inventory only. Wilkerson purchased the inventory for $1,250,000.00 and the cost of warehousing, without an actual count of the inventory. After expiration of the CLI contract, DoveBid reentered negotiations and arranged to auction the balance of assets.