IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
In re:                                               :
                                                     :  Chapter 11
                                                     :
ETOYS, INC., et al.,                                 :  Case Nos. 01-0706 (RB)
                                                     :  Through 01-0709 (RB)
            Confirmed Debtors.                       :
                                                     :
-----------------------------------------------------x
STEVEN HAAS,                                         :
                                                     :
            Appellant,                               :  Civil Action No. 05-728
                                                     :
      v.                                             :
                                                     :
ETOYS, INC. AND POST-EFFECTIVE DATE                  :
COMMITTEE OF UNSECURED CREDITORS,                    :
                                                     :
            Appellee.                                :
```

**EMERGENCY MOTION FOR STAY OF FURTHER
PROCEEDINGS ON APPEAL PENDING RESOLUTION
OF APPELLEE'S MOTION TO DISMISS APPEAL**

APPELLEE, The Post-Effective Date Committee (the "PEDC"), hereby moves this Court for an order staying further proceedings on the appeal (the "Appeal") from the August 25, 2005 *Order of the Bankruptcy Court: (A) Dismissing Claims Filed by Collateral Logistics, Inc. and (B) Denying Emergency Motion by Collateral Logistics, Inc. for An Extension of Time to Seek New Counsel and/or to Act Pro Se* pending adjudication by this Court of Appellee's Motion to Dismiss the above-referenced Appeal (the "Motion to Dismiss") filed contemporaneously herewith [Docket Nos. 5 and 6].

1.      The PEDC has moved to dismiss the Appeal because Collateral Logistics, Inc. is a corporate entity and therefore an improper *pro se* appellant. For the reasons set forth in the

#15297.1

Motion to Dismiss, the fact that Mr. Steven Haas, who claims to own one-hundred (100%) percent of CLI, identifies himself as the appellant should be disregarded by this Court.

2. Upon information and belief, appellant has filed at Docket No. 2323 in the Bankruptcy Court a pleading bearing the ECF caption "Exhibit(s) to Appellant's Designation of Contents for Inclusion on Record on Appeal Number 05-65". It is unclear whether the pleadings filed at Docket No. 2323 actually are Exhibits to Appellant's Designation of the Record or purport to be Appellant's Opening Brief. If the latter, they clearly should have been filed with this Court as opposed to the Bankruptcy Court.

3. The PEDC should not be put to the burden and expense of preparing its brief on the merits of this appeal or responding further to filings by CLI and/or Mr. Haas until the Motion to Dismiss is adjudicated.

4. Accordingly, the PEDC requests that the Court enter an order extending the time for the PEDC to file its answering brief on the merits to a date that is ten (10) days after the Court issues an order adjudicating the Motion to Dismiss that has become final and not subject to an appeal.

WHEREFORE, for the foregoing reasons, the PEDC respectfully requests that the Court enter an order granting the PEDC the relief requested and such other relief as is just and proper.

Dated: October 18, 2005
       Wilmington, Delaware         **JASPAN SCHLESINGER HOFFMAN LLP**

By:   */s/ Frederick B. Rosner*
       Frederick B. Rosner (No. 3995)
       913 North Market Street, 12th Floor
       Wilmington, DE 19801
       Telephone: (302) 351-8000
       Facsimile: (302) 351-8010

       Delaware Counsel to The Post-Effective
       Date Committee