IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                                :
                                                      :   Chapter 11
                                                      :
ETOYS, INC., et al.,                                  :   Case Nos. 01-0706 (RB)
                                                      :   Through 01-0709 (RB)
         Confirmed Debtors.                           :
                                                      :
------------------------------------------------------x
STEVEN HAAS,                                          :
                                                      :
         Appellant,                                   :   Civil Action No. 05-728
                                                      :
         v.                                           :
                                                      :
ETOYS, INC. AND POST-EFFECTIVE DATE                   :
COMMITTEE OF UNSECURED CREDITORS,                     :
                                                      :
         Appellee.                                    :
```

**<u>ORDER GRANTING APPELLEE'S MOTION TO STAY PROCEEDINGS</u>**

Upon the motion (the "Motion") of The Post-Effective Date Committee (the "PEDC/Appellee") dated October 18, 2005 seeking to stay further proceedings on the appeal (the "Appeal") from the August 25, 2005 Order of the Bankruptcy Court: (A) Dismissing Claims Filed by Collateral Logistics, Inc. and (B) Denying Emergency Motion by Collateral Logistics, Inc. for An Extension of Time to Seek New Counsel and/or to Act Pro Se; and the PEDC/Appellee having filed a Motion and related Memorandum of Law to Dismiss the Appeal (the "Motion to Dismiss"); it is hereby

#15297.1

**ORDERED**, that the Motion is granted and the PEDC/Appellee is not required to file its Answering Brief to the Appeal until ten (10) days after the entry of an order adjudicating the Motion to Dismiss has become final and not subject to an appeal.

Dated: October ___, 2005
       Wilmington, Delaware                       _____
                                                    United States District Court Judge