IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------X
```
In re:

                                             Chapter 11

ETOYS, INC., et al.,                         Case Nos. 01-0706 (RB)
                                             Through 01-0709 (RB)

            Confirmed Debtors.

```
-------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

      I, Frederick B. Rosner, hereby certify that on this 18th day of October 2005, I caused a copy of the following:

1.    *Motion to Dismiss Appeal;*

2.    *Memorandum in Support of Appellee's Motion to Dismiss Appeal; and*

3.    *Emergency Motion for Stay of Further Proceedings on Appeal Pending Resolution of Appellee's Motion to Dismiss Appeal*

to be served on the parties listed in the manner indicated:

*Via E-mail*
Collateral Logistics, Inc.
bhaass@aol.com
laserhaas@msn.com
laserace01@yahoo.com

*Via First Class Mail*
Mark S. Kenney, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801

*Via First Class Mail*
Gregory W. Werkheiser, Esquire
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

*Via First Class Mail*
EBCI, Inc.
Attn: Barry Gold, Plan Administrator
400 Continental Blvd.
El Segundo, CA 90245

#15305.1

Dated: October 18, 2005
      Wilmington, Delaware    **JASPAN SCHLESINGER HOFFMAN LLP**

                              By:    <u>/s/ Frederick B. Rosner</u>
                                        Frederick B. Rosner (No. 3995)
                                        913 Market Street, 12th Floor
                                        Wilmington, DE 19801
                                        Telephone:  (302) 351-8000

                                        Delaware Counsel to The Post-Effective
                                        Date Committee

#15305.1