**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------x
In re:                                        :
                                              :    Chapter 11
                                              :
ETOYS, INC., et al.,                          :    Case Nos. 01-0706 (RB)
                                              :    Through 01-0709 (RB)
            Confirmed Debtors.                :
                                              :
-------------------------------------------------------x
STEVEN HAAS,                                  :
                                              :
            Appellant,                        :    Civil Action No. 05-728
                                              :
      v.                                      :
                                              :
ETOYS, INC. AND POST-EFFECTIVE DATE           :
COMMITTEE OF UNSECURED CREDITORS,             :
                                              :
            Appellee.                         :
```

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Frederick B. Rosner, hereby certify that on this 19th day of October 2005, I caused a copy of the following:

1. *Motion to Dismiss Appeal;*

2. *Memorandum in Support of Appellee's Motion to Dismiss Appeal; and*

3. *Emergency Motion for Stay of Further Proceedings on Appeal Pending Resolution of Appellee's Motion to Dismiss Appeal*

to be served on the parties listed in the manner indicated:

*Via First Class Mail*
Mr. Steven Haas
12901 Garden Grove Boulevard
Suite 101
Garden Grove, CA  92843

#15309.1

Dated: October 19, 2005
      Wilmington, Delaware    **JASPAN SCHLESINGER HOFFMAN LLP**

                         By:   <u>/s/ Frederick B. Rosner</u>
                                Frederick B. Rosner (No. 3995)
                                913 Market Street, 12th Floor
                                Wilmington, DE 19801
                                Telephone: (302) 351-8000

                                Delaware Counsel to The Post-Effective
                                Date Committee

#15309.1