## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RICHARD G. ELLIOTT, JR.
DIRECTOR

DIRECT DIAL NUMBER
302-651-7630
ELLIOTT@RLF.COM

October 26, 2005

**VIA HAND DELIVERY**

Ms. Monica Mosley
Office of the Clerk
United States District Court for
 the District of Delaware
Lock Box 18, 844 King Street
Wilmington, DE  19801



Re:   In re: eToys, Inc.
      C.A. No. 05-728 KAJ

Dear Monica:

This is to certify that I do not believe the above-captioned matter can be mediated.

The appellant has taken the position that the mediation is a "sham." The appellee will not "pay any amount to resolve this matter," including mediation.

Further, a conference call was scheduled, and both parties were requested to participate. Neither party participated in the conference call and neither party advised the mediator they did not intend to participate in the conference call.

In light of this total lack of cooperation, participation or willingness to mediate, I have reached the conclusion that there is no way this case can be mediated.

Very truly yours,

Richard G. Elliott, Jr.

RGE:krr

cc:   Mr. Steven Haas (via e-mail)
      Frederick Brian Rosner, Esquire (via e-mail)

RLF1-2938372-1