IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:                                )<br>                                       )<br>ETOYS, INC., et al.,                   )<br>                                       )<br>         Debtor.                       )<br>_____)<br>STEVEN HAAS,                            )<br>                                       )<br>         Appellant,                    )<br>                                       )<br>     v.                                )     Civil Action No. 05-728-KAJ<br>                                       )<br>ETOYS, INC. AND POST-EFFECTIVE          )<br>DATE COMMITTEE OF UNSECURED             )<br>CREDITORS,                              )<br>                                       )<br>         Appellee.                     ) | |

### ORDER

At Wilmington this 27th day of October, 2005, the court having held a teleconference with the parties,

IT IS HEREBY ORDERED that:

1. Appellee's Emergency Motion for Stay of Further Proceedings on Appeal Pending Resolution of Appellee's Motion to Dismiss Appeal (D.I. 7) is GRANTED.

2. Briefing on Appellee's Motion to Dismiss the Appeal (D.I. 5; the "Motion to Dismiss") shall proceed as follows:

    a. Appellant's answering brief shall be filed on or before November 4, 2005;

    b. Appellee's reply brief shall be filed on or before November 10, 2005.

3. The court will hear oral argument on the Motion to Dismiss by telephone on November 14, 2005 at 2:00 p.m. Counsel for Appellee shall initiate the call.

                                                                                                                    _____
                                                                                                                    UNITED STATES DISTRICT JUDGE