# EXHIBIT "A"

# California Business Portal
## Secretary of State BRUCE McPHERSON

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | SPECIAL PROGRAMS

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Corporate Records Order Form
  - Certificates
  - Copies
  - Status Printouts
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "NOV 04, 2005" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| COLLATERAL LOGISTICS, INC. |
| **Number:** C2267189  **Date Filed:** 10/30/2000  **Status:** suspended |
| **Jurisdiction:** California |
| Address |
| 18826-B SOLEDAD CANYON RD |
| SANTA CLARITA, CA 91351 |
| Agent for Service of Process |
| THOMAS SOMERS |
| 367 N SECOND AVE |
| UPLAND, CA 91785 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement