IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
                                                :
ETOYS, INC., et al.,                            :  Case Nos. 01-0706 (RB)
                                                :  Through 01-0709 (RB)
        Confirmed Debtors.                      :
                                                :
------------------------------------------------------------x
STEVEN HAAS,                                    :
                                                :
        Appellant,                              :  Civil Action No. 05-728 (KAJ)
                                                :
        v.                                      :
                                                :
ETOYS, INC. AND POST-EFFECTIVE DATE             :
COMMITTEE OF UNSECURED CREDITORS,               :
                                                :
        Appellee.                               :

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 10th day of November 2005, I caused a copy of the *Reply Brief of Appellee in Support of Motion to Dismiss Appeal* to be served upon the party listed below in the manner indicated:

*Via E-mail*
Collateral Logistics, Inc.
bhaass@aol.com
laserhaas@msn.com
laserace01@yahoo.com

                    JASPAN SCHLESINGER HOFFMAN LLP

            By:     /s/ Frederick B. Rosner
                    Frederick B. Rosner (No. 3995)
                    913 Market Street, 12th Floor
                    Wilmington, DE 19801
                    Telephone: (302) 351-8000

                    Delaware Counsel to The Post-Effective
                    Date Committee

15576