# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                     :
                                           :   Chapter 11
                                           :
ETOYS, INC., et al.,                       :   Case Nos. 01-0706 (RB)
                                           :   Through 01-0709 (RB)
          Confirmed Debtors.               :
                                           :
------------------------------------------------------------x
STEVEN HAAS,                               :
                                           :
          Appellant,                       :   Civil Action No. 05-728 (KAJ)
                                           :
     v.                                    :
                                           :
ETOYS, INC. AND POST-EFFECTIVE DATE        :
COMMITTEE OF UNSECURED CREDITORS,          :   Related Docket No. 14
                                           :
          Appellee.                        :
```

## *AMENDED* CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 10th day of November 2005, I caused a copy of the *Reply Brief of Appellee in Support of Motion to Dismiss Appeal* to be served upon the parties listed below in the manner indicated:

*Via E-mail*
Collateral Logistics, Inc.
bhaass@aol.com
laserhaas@msn.com
laserace01@yahoo.com

*First Class Mail*
Gregory Werkheiser, Esquire
Morris Nichols Arsht & Tunnell
1201 Market Street
Wilmington, DE 19801

*First Class Mail*
Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

*First Class Mail*
EBCI, Inc.
Attn: Barry Gold, Plan Administrator
400 Continental Boulevard
El Segundo, CA 90245

15576

**JASPAN SCHLESINGER HOFFMAN LLP**

By: /s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000

Delaware Counsel to The Post-Effective
Date Committee

15576