# 35080 Notice of Bankruptcy Filing by SRI NV and Liquidity Solutions

# United States Bankruptcy Court
# Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/01/2000 at 4:54 PM and filed on 06/01/2000.



**Specialty Retailers Inc [NV]**
10201 Main St
Houston, TX 77025-5229
Tax id: 91-1826900

**liquidity Solutions, Inc**
One University Plaza
suite 518
Hackensack, NJ 07601

The case was filed by the debtor's attorney:

**Lynnette Randee Warman**
Jenkens & Gilchrist
1445 Ross Ave
Ste 3200
Dallas, TX 75202
214-855-4792

The case was assigned case number 00-35080 to Judge Wesley W. Steen.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61288, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Michael N. Milby
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| | | | |
| PACER Login: | | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 00-35080 |
| Billable Pages: | 1 | Cost: | 0.08 |