# Mattel and MNAT

(emphasis mine)

## Mattel Inc/DE · S-4/A · On 3/26/99 · EX-23.8

Filed On 3/26/99 · SEC File 333-71587 · Accession Number 898430-99-1154

```
Find  | Paloma              | in | this filing.          ▼ | Show | docs searched  ▼ | and | every hit.      ▼
Help...  Wildcards: ? (any letter), * (many). Logic: for Docs: & (and), | (or); for Text: "(&)" (near), | (anywhere).
As Of    Filer         Filing      On/For/As  Docs:Pgs   Issuer            Agent

3/26/99  Mattel Inc/DE  S-4/A       18:288                                  Donnelley R R & S..05/FA
```

Pre-Effective Amendment to Registration of Securities Issued in a Business-Combination Transaction
· Form S-4
Filing Table of Contents

```
Document/Exhibit       Description                                              Pages    Size

 1: S-4/A      Pre-Effective Amendment #3 to Form S-4                            214    1,208K
 2: EX-3.5     Form of Certificate of Designations                                 3       21K
 3: EX-5.1     Form of Opinion of Lee B. Essner                                   2±      12K
 4: EX-8.1     Form of Opinion of Latham & Watkins                                 3       19K
 5: EX-8.2     Form of Opinion of Hale and Dorr Llp                                3       23K
 6: EX-8.3     Form of Opinion of Davies, Ward & Beck                              3       23K
 7: EX-23.1    Consent of Pricewaterhousecoopers Llp                               1        8K
 8: EX-23.2    Consent of Deloitte and Touche Llp                                  1        9K
 9: EX-23.3    Consent of Pricewaterhousecoopers Llp                               1        9K
10: EX-23.4    Consent of Pricewaterhousecoopers Llp                               1        8K
11: EX-23.8    Consent of Morris, Nichols, Arsht & Tunnell                         1        8K
12: EX-99.1    Form of Proxy Card of Mattel, Inc.                                 2±      11K
13: EX-99.2    Forms of Proxy Cards of the Learning Company, Inc.                  5       32K
14: EX-99.5    Form of Voting and Exchange Trust Supplement                        8       43K
15: EX-99.6    Form of Support Agreement Amending Agreement                        5       26K
16: EX-99.7    Form of Rights Agreement                                           33      184K
17: EX-99.8    Consent of Goldman Sachs & Co.                                      1       11K
18: EX-99.9    Consent of Merrill Lynch, Pierce, Fenner & Smith                    1        9K
```

EX-23.8 · Consent of Morris, Nichols, Arsht & Tunnell

| EX-23.8 | TOC | Top | Previous | Next | Bottom | Just 1st |

1

EXHIBIT 23.8

**CONSENT OF MORRIS, NICHOLS, ARSHT & TUNNELL**

We hereby consent to the reference to our firm in the Joint Proxy Statement/Prospectus constituting a part of the registration statement on Form S-4, as amended, of Mattel, Inc. ("*Mattel*")/The Learning Company ("*TLC*") relating to the business combination of Mattel and TLC. In giving this consent, we do not admit that we come within the category of persons whose consent is required under Section 7 of the Securities Act of 1933, as amended, or the rules and regulations of the Securities and Exchange Commission promulgated thereunder, nor do we admit that we are experts with respect to any part of such registration statement within the meaning of the term "*experts*" as used therein.

                             Morris, Nichols, Arsht & Tunnell

                         /s/ *Morris, Nichols, Arsht & Tunnell*

March 25, 1999

**Dates Referenced Herein** *and* **Documents Incorporated By Reference**

| *This S-4/A Filing* | Date | Other Filings |
|---|---|---|
|  | ▼ 3/25/99 |  |
| Filed On / Filed As Of | 3/26/99 | S-8 |
| Top |  | List All Filings |

*Alternative Formats:*   Rich Text / Word (.rtf), Text (.txt), EDGAR (.sqml), XML (.xml), et al.

Copyright © 2005 *Fran Finnegan & Company*  All Rights Reserved.
www.secinfo.com - Sat, 26 Mar 2005 02:12:02.0 GMT - Help at SEC Info