# EBC I Registration Forfeited

https://sos-res.state.de.us/tin/controller

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2682133 | Incorporation Date / Formation Date: | 11/08/1996 (mm/dd/yyyy) |
| Entity Name: | EBC I, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | FORFEITED | | |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2000 | | |
| Annual Tax Assessment: | $ 0.00 | Tax Due: | $ 221,554.98 |
| Tax Status: | DELINQUENT | Total Authorized Shares: | 610,000,000 |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | No registered agent on record. |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0136 | Agent Resignation w/o Apt | 1 | 04/08/2002 | 09:00 | 04/08/2002 |
| 2 | 0240 | Amendment; Domestic | 2 | 05/31/2001 | 10:00 | 05/31/2001 |
|  | **Former Name:** | ETOYS INC. |  |  |  |  |
| 3 | 0151 | Stock Designation | 38 | 06/12/2000 | 14:00 | 06/12/2000 |
| 4 | 0245S | Restated; Stock | 5 | 05/19/1999 | 16:00 | 05/19/1999 |
| 5 | 0245S | Restated; Stock | 18 | 03/19/1999 | 09:00 | 03/19/1999 |