June 11, 2001

Mr. Barry Gold
c/o EBC I, Inc. f/k/a eToys, Inc.
12200 West Olympic Boulevard
Los Angeles, CA 90064

Dear Barry:

This letter will serve to confirm the terms of your employment with EBC I, Inc., f/k/a eToys Inc. (the "Company").

Subject to the further terms of this letter, your employment with the Company shall be deemed to have commenced as of May 21, 2001 (the "Commencement Date") and shall terminate in accordance with the provisions of this paragraph. As of the Commencement Date, your position with the Company shall be as Wind Down Coordinator and you shall retain such position until (i) the approval of your employment as an officer of the Company by order of the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), (ii) the retention by the Company of a directors' and officers' liability insurance policy with coverage satisfactory to you and the Company (the "D&O Insurance"), and (iii) approval of the Company's retention of such D&O Insurance by the Bankruptcy Court; provided, however, that if the conditions in the preceding clauses (i), (ii) and (iii) have not been satisfied on or before July 10, 2001, then you may terminate your employment with the Company upon three (3) days prior written notice to the Company. If, on or before July 10, 2001, the conditions in clauses (i), (ii) and (iii) of the preceding sentence have been satisfied or the conditions in clauses (ii) and (iii) have been satisfied and you have waived the condition in clause (i), then you shall be appointed as President and Chief Executive Officer of the Company and your employment with the Company will be for an initial term ending May 20, 2002. Such initial term shall automatically continue until and unless terminated by either you or the Company, with or without cause, upon giving the other party at least 30 days prior written notice.

During the term of your employment, your base salary will be as follows:

- $40,000 per month for your first two months of employment;
- $20,000 per month for your next three months of employment; and
- $12,500 per month for each of your remaining months of employment.