# Excerpts from October 16th, 2002, Court Hearing before the Honorable Judge Mary F Walrath in the eToys Bankruptcy case, 01-0706, DE, MFW, eToys Docket 1394

Excerpts from the cross examination of Barry F Gold, then CEO/President of eToys, now Plan Administrator of eToys, by Robert K. Alber, eToys shareholder, starting on page 20, line 16, and continuing to page 21, line 7, only as it relates to Gold's relationship with the New York Law Firm of Traub, Bonacquist & Fox during the Luria & Sons Bankruptcy Case, Southern District of Florida (Dade), 97-16731.

|    | CROSS-EXAMINATION |
|----|----|
| 16 | |
| 17 | BY MR. ALBER: |
| 18 | Q    Mr. Gold, I presume you can hear me? |
| 19 | A    Yes, I can. |
| 20 | Q    Okay.  I'd like to ask a question concerning your, your |
| 21 | statement where you mention Stage Corporation and Jumbo |
| 22 | Sports.  We thought it would have been appropriate for you to |
| 23 | mention the Lauria Brothers, the Lauria & Sons bankruptcy case |
| 24 | in which you own property, and which the, the Creditors' |
| 25 | Committee is represented by Michael Fox and Ms., Ms. Susan |

|    | B. Gold/Cross                                                21 |
|----|----|
| 1 | Balaschak were, were head of the Creditors' Committee in that |
| 2 | case -- |
| 3 | A    I was not -- |
| 4 | Q    -- in 1987. |
| 5 | A    I was not at Lauria's when they were involved in the |
| 6 | case, to my knowledge.  I had no contact with them while I was |
| 7 | at Lauria's. |