# Excerpts from eToys Docket 467, Crossroads, LLC Fee Application, re: Gold Hiring Circumstances and Employment Pending Court Approval

Page 8 & 9

    14.    During this Compensation Period Crossroads also assisted management with the recruitment of several key positions including: an officer/director to replace Mr. Gatto and Mr. Haddad who both resigned from day-to-day management on or about May 31, 2001, and an IT director to take over for Kelly Donagan who resigned effective May 31, 2001. The director/officer position was filled on or about May 20, 2001 by Barry Gold. Mr. Gold's employment is pending court approval and contingent upon obtaining a D&O insurance policy. Crossroads was instrumental in locating an alternative provider for the D&O insurance, which resulted in a net savings to the estate of approximately $77,000. The IT position was filled during the month of June by a Crossroads referral.

    15.    Crossroads participated in an all day meeting with counsel representing the Debtor and the Creditors' Committee. This meeting resulted in: (1) revised procedures for rejecting leases and returning equipment to lessors, (2) resolution of some issues surrounding the destruction of customer data, and (3) consensus on the final steps to close the KB intellectual property sale. This meeting covered a full agenda of 28 action items relating to asset sales, lease rejections, corporate governance, litigation issues, accounting issues, employee retention, data destruction and logistics of managing the wind down of the warehouse operations.

    16.    Crossroads has been working with counsel to oversee the preparation and filing of the 8-K and the No Action Letter with the Securities and Exchange Commission. Crossroads has

Page 10

    18.    This category includes weekly cash reports and forecasts, research of various tax claims and applications for refunds of overpayments, research of various vendor payments and overpayments, validation of data transferred from the Oracle system and responding to various questions from counsel. During this accounting period Crossroads also completed an analysis of the fees paid to Goldman Sachs in support of the Debtor's efforts to obtain a $2.5 million refund.

### Page 23

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/21/01 | Ehlers, C. | BK-Bus Analysis | Meet with Richard Cartoon, Financial Advisor Creditors Committee, and Barry Gold, candidate to become officer, to discuss April professional fees and intercompany balances. | 0.20 | 285.00 | 57.00 |

### Page 24

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/21/01 | Ehlers, C. | BK-Bus Analysis | Meet with Richard Cartoon, Financial Advisor Creditors Committee, Barry Gold, new eToys officer, and Ellen Gordon to discuss April 30 balance sheet and adjustments required. | 0.70 | 285.00 | 199.50 |

### Page 26

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/24/01 | Gordon, Ellen | BK-Bus Analysis | Reviewed contract with Goldman Sachs and prepared letter to Michael Busenkell, MNAT, re: computation of payment due and potential refund. | 0.80 | 295.00 | 236.00 |

### Page 27

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/8/01 | Ehlers, C. | BK-Bus Ops | Teleconference with Ian Hunter, potential candidate, to discuss his availability to be appointed as officer. | 0.10 | 285.00 | 28.50 |
| 5/8/01 | Ehlers, C. | BK-Bus Ops | Teleconference with Ellen Gordon re: appointment of officer for eToys. | 0.20 | 285.00 | 57.00 |
| 5/8/01 | Ehlers, C. | BK-Bus Ops | Obtain and review resume from Ian Hunter and forward on to E. Gordon. | 0.30 | 285.00 | 85.50 |
| 5/17/01 | Ehlers, C. | BK-Bus Ops | Teleconference with Ian Hunter, candidate for responsible officer for eToys, re: issues about employment. | 0.10 | 285.00 | 28.50 |

### Page 28

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/30/01 | Ehlers, C. | BK-Bus Ops | Meet with Rob Deheney, MNAT, and Ellen Gordon to discuss availability of D&O insurance and strategy re: appointment of an officer. | 0.40 | 285.00 | 114.00 |

### Page 30

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/7/01 | Gordon, Ellen | BK-Bus Ops | Status call with Susan Balaschek from TBF re: interim managment, officer status, and call with US Trustee. | 0.30 | 295.00 | 88.50 |
| 5/7/01 | Gordon, Ellen | BK-Bus Ops | Phone call with D. Sirotta, Ernst & Young and their legal counsel at Latham & Watkins re: conflicts check and retention of firm draft of engagement letter. | 0.50 | 295.00 | 147.50 |

2

### Page 31

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/9/01 | Gordon, Ellen | BK-Bus Ops | Prepared correspondence to Ian Hunter, potential candidate, to set up a meeting and interview. | 0.10 | 295.00 | 29.50 |
| 5/9/01 | Gordon, Ellen | BK-Bus Ops | Briefing with Craig Ehlers re: Ian Hunter, potential candidate, for officer position. | 0.30 | 295.00 | 88.50 |
| 5/9/01 | Gordon, Ellen | BK-Bus Ops | Met with Dave Gatto, eToys, re: KB deal, staffing issues, accounting issues and disbursements. | 0.50 | 295.00 | 147.50 |

### Page 32

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/14/01 | Gordon, Ellen | BK-Bus Ops | Prepared correspondence for Ian Hunter, potential candidate, and Dennis Breeden. | 0.10 | 295.00 | 29.50 |
| 5/14/01 | Gordon, Ellen | BK-Bus Ops | Meeting with Richard Cartoon, Financial Advisor Creditors Committee, to discuss each of the candidates and how they would best fit into the organization. | 0.50 | 295.00 | 147.50 |

### Page 33

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/14/01 | Gordon, Ellen | BK-Bus Ops | Interview with Ian Hunter, potential candidate, Dave Gatto, eToys, and Richard Cartoon, Financial Advisor Creditors Committee. | 1.50 | 295.00 | 442.50 |

### Page 34

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/21/01 | Gordon, Ellen | BK-Bus Ops | Briefing with Richard Cartoon, Financial Advisor Creditors Committee, re: officer/director candidate. | 0.20 | 295.00 | 59.00 |
| 5/21/01 | Gordon, Ellen | BK-Bus Ops | Briefing with Richard Cartoon, Financial Advisor Creditors Committee, re: the two candidates. | 0.40 | 295.00 | 118.00 |
| 5/21/01 | Gordon, Ellen | BK-Bus Ops | Interview with Barry Gold, potential candidate, for the officer/director position. Meeting included Richard Cartoon, Financial Advisor Creditors Committee, Dave Haddad and Dave Gatto, eToys. | 1.50 | 295.00 | 442.50 |
| 5/21/01 | Gordon, Ellen | BK-Bus Ops | Follow-up meeting with Richard Cartoon, Financial Advisor Creditors Committee, Dave Haddad and Dave Gatto, eToys, Barry Gold, candidate to become officer, and Craig Ehlers to discuss inter-company accounts. | 1.50 | 295.00 | 442.50 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/01 | Gordon, Ellen | BK-Bus Ops | Worked with Barry Gold, new eToys officer, to go over key issues facing the estate, identify what is currently being done and timing. | 0.50 | 295.00 | 147.50 |
| 5/22/01 | Gordon, Ellen | BK-Bus Ops | Researched files for information requested by Barry Gold, new eToys officer. | 0.50 | 295.00 | 147.50 |
| 5/22/01 | Gordon, Ellen | BK-Bus Ops | Reviewed and approved the US Trustee reports for D. Gatto, eToys. | 0.80 | 295.00 | 236.00 |
| 5/22/01 | Gordon, Ellen | BK-Bus Ops | Met with Barry Gold, new eToys officer, to discuss balance sheet items, identify additional areas that require further research and discuss KB and staffing issues. | 1.00 | 295.00 | 295.00 |
| 5/22/01 | Gordon, Ellen | BK-Bus Ops | Participated in a meeting with Dave Gatto and Dave Haddad, eToys, and Barry Gold, new eToys officer, and counsel re: issues raised by the Texas AG. | 1.20 | 295.00 | 354.00 |

Page 35

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/23/01 | Gordon, Ellen | BK-Bus Ops | Briefing with Michael Busenkell, MNAT, re: Ernst & Young employment application and Goldman Sachs refund. | 0.20 | 295.00 | 59.00 |
| 5/23/01 | Gordon, Ellen | BK-Bus Ops | Briefing with Barry Gold, new eToys officer, re: status of the Texas AG discussions, current issues, staffing concerns with respect to IT, and the return of leased equipment. | 0.50 | 295.00 | 147.50 |
| 5/23/01 | Gordon, Ellen | BK-Bus Ops | Prepared correspondence to M. Busenkell, MNAT, re: 401k termination and problems Fidelity Investments has with the Board of Directors resolution as it is currently written. | 0.70 | 295.00 | 206.50 |
| 5/30/01 | Gordon, Ellen | BK-Bus Ops | Reviewed letters from MNAT to Goldman Sachs, Virginia Department of Revenue. | 0.20 | 295.00 | 59.00 |

Page 37

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/30/01 | Gordon, Ellen | BK-Bus Ops | Attended all day meeting with Susan Balaschek, TBF, Rob Deheney, MNAT, Barry Gold, Dave Haddad and Dave Gatto, eToys. Covered full agenda of 28 action items relating to asset sales, lease rejections, corporate governance, litigation issues, accounting issues, data destruction, logistics. Meeting went from 10:15AM until 8:15PM. | 10.00 | 295.00 | 2950.00 |
| 5/31/01 | Gordon, Ellen | BK-Bus Ops | Made phone calls and followed up on bids from other D&O carriers. | 0.50 | 295.00 | 147.50 |

Page 38

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/10/01 | Breeden, D. | BK-Case Admin | Phone call with Ellen Gordon to discuss US Trustee stand on responsible person and to discuss requirements for IT department. | 0.50 | 350.00 | 175.00 |

4

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/10/01 | Gordon, Ellen | BK-Case Admin | Briefing with Dennis Breeden re: IT needs, director/officer position, status of case, next steps and timing. | 0.50 | 295.00 | 147.50 |

Page 40

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/21/01 | Ehlers, C. | BK-Asset Analys | Meet with Dave Gatto, eToys, Barry Gold, new eToys officer and Ellen Gordon to discuss remaining assets, intercompany accounts and liquidation steps. | 0.50 | 285.00 | 142.50 |

Page 41

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/01 | Gordon, Ellen | BK-Asset Analys | Briefing with Susan Balaschek, TBP, re: transition issues, lease negotiations, and officer/director position. | 0.50 | 295.00 | 147.50 |