# Filer List 35080 CMF and SRI NV and Liquidity Solutions

Wednesday, November 02, 2005

**00-35080** Specialty Retailers Inc [NV] and Liquidity Solutions, Inc
*DO NOT DOCKET ON THIS CASE*
Jointly Administered Under Case Number 00-35078
This message does not apply to adversary proceedings or claims registers<
Case type: bk Chapter: 11 Asset: Yes Vol: v Judge: Wesley W. Steen
Date filed: 06/01/2000
Date terminated: 01/06/2003 Date of last filing: 01/06/2003

## Filers

| Name | Type | Added | Terminated |
|---|---|---|---|
| CMF Capital Company LLC | cr | 05/08/2002 | |
| Liquidity Solutions Inc | asee | 05/07/2002 | |
| Specialty Retailers Inc [NV] | db | 06/01/2000 | |
| liquidity Solutions, Inc | db | 03/19/2002 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| PACER Login: | | Client Code: | |
| Description: | Filer List | Search Criteria: | 00-35080 |
| Billable Pages: | 1 | Cost: | 0.08 |