# Example of Liquidity Solutions Buying Claims in the eToys Bankruptcy Case, 01-0706, DE, MFW

## Liquidity Solutions

| Date | Entry | Description |
|---|---|---|
| 09/17/2001 | 680 | Notice of Transfer *Of Claim In The Amount Of $677,847.50 From Kid Board Gear Interactive To Liquidity Solutions Inc* Filed by Liquidity Solutions Inc. (LKG, ) (Entered: 09/21/2001) |
| 09/14/2001 | 836 | Notice of Assignment *Of Claim From Kid Board Gear Interactive.* Filed by Liquidity Solutions Inc. (BMG, ) (Entered: 01/04/2002) |
| 06/25/2001 | 472 | NOTICE of Transfer of Claim In The Amount Of $29,176.00 From People Support To Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #464 (Entered: 06/28/2001) |
| 06/15/2001 | 441 | NOTICE of Transfer of Claim In The Amount Of $16,937.88 From Datalink Associates To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #433 (Entered: 06/18/2001) |
| 06/11/2001 | 434 | NOTICE of Transfer of Claim In The Amount Of $66,548.60 From Baby Einstein To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #426 (Entered: 06/13/2001) |
| 06/11/2001 | 433 | NOTICE of Transfer of Claim In The Amount Of $68,346.50 From Arms Reach Concepts Inc To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #425 (Entered: 06/13/2001) |

| | | |
|---|---|---|
| 06/11/2001 | 432 | NOTICE of Transfer of Claim In The Amount Of $1,044.83 From Stacy Sharkey To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #424 (Entered: 06/13/2001) |
| 06/11/2001 | 431 | NOTICE of Transfer of Claim In The Amount Of $966.65 From Jeffrey Hron To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #423 (Entered: 06/13/2001) |
| 06/11/2001 | 430 | NOTICE of Transfer of Claim In The Amount Of $1,279.39 From Theresa Hartsell To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #422 (Entered: 06/13/2001) |
| 06/11/2001 | 429 | NOTICE of Transfer of Claim In The Amount Of $767.63 From Anna Gendler To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #421 (Entered: 06/13/2001) |

| | | |
|---|---|---|
| 06/11/2001 | 428 | NOTICE of Transfer of Claim In The Amount Of $1,066.16 From Clark Taylor To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #420 (Entered: 06/13/2001) |
| 06/11/2001 | 427 | NOTICE of Transfer of Claim In The Amount Of $710.77 From Cheryl Saguros To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #419 (Entered: 06/13/2001) |
| 06/11/2001 | 426 | NOTICE of Transfer of Claim In The Amount Of $21,801.25 From Anthony Mason Associates Inc To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #418 (Entered: 06/13/2001) |
| 06/11/2001 | 425 | NOTICE of Transfer of Claim In The Amount Of $18,910.32 From Jarrett Welding Co Inc To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #417 (Entered: 06/13/2001) |

| Date | No. | Description |
|---|---|---|
| 06/07/2001 | 418 | NOTICE of Transfer of Claim In The Amount Of $48,475.00 From Kingway Material Handling Company To Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #410 (Entered: 06/11/2001) |
| 06/07/2001 | 417 | NOTICE of Transfer of Claim In The Amount Of $547.29 From Joel Thompson To Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #409 (Entered: 06/11/2001) |
| 06/07/2001 | 416 | NOTICE of Transfer of Claim In The Amount Of $710.77 From David Yee to Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #408 (Entered: 06/11/2001) |
| 06/05/2001 | 409 | NOTICE of Appearance and Request for Service of Notices and Documents [FILED By James Yenzer, Atty/LIQUIDITY SOLUTIONS] , [LKG], ORIGINAL NIBS DOCKET ENTRY #401 (Entered: 06/11/2001) |
| 06/04/2001 | 407 | NOTICE of Transfer of Claim In The Amount Of $611.26 From Dama Weinrot To Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #399 (Entered: 06/11/2001) |
| 06/04/2001 | 406 | NOTICE of Transfer of Claim In The Amount Of $781.85 From Kilar Kerry c/o Nathan Headrick To Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #398 (Entered: 06/11/2001) |
| 06/04/2001 | 405 | NOTICE of Transfer of Claim In The Amount Of $565.39 From Thomas J Simon To Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #397 (Entered: 06/11/2001) |
| 06/04/2001 | 404 | NOTICE of Transfer of Claim In The Amount Of $703.66 From Melinda Quach To Liquidity Solutions , [LKG], ORIGINAL NIBS DOCKET ENTRY #396 (Entered: 06/11/2001) |
| 06/04/2001 | 403 | NOTICE of Transfer of Claim In The Amount Of $1,208.31 From Darlene Valentine To Liquidity Solutions Inc , [LKG], ORIGINAL NIBS DOCKET ENTRY #395 (Entered: 06/11/2001) |

## The following are filed by Robert Minkoff of Liquidity Solutions and Liquidity Solutions dba Tri-Factor and Liquidity Solutions dba Capital Markets.

| Date | Doc # | Description |
|---|---|---|
| 03/12/2003 | 1802 | Notice of Transfer *of claims Marvin's Magic in the amount of $90,477.77* Filed by Capital Markets. (Minkoff, Robert) (Entered: 03/12/2003) |
| 12/09/2002 | 1465 | Notice of Withdrawal *of claim Kid Board Gear Interactive in the amount of $677,847.50 is hereby withdrawn* Filed by Liquidity Solutions Inc (related document(s)836). (Minkoff, Robert) (Entered: 12/09/2002) |
| 12/09/2002 | 1464 | Notice of Withdrawal *of claim Taurus Toy Corp. in the amount of $18,553.50 is hereby withdrawn* Filed by Tri-Factors (related document(s)1175). (Minkoff, Robert) (Entered: 12/09/2002) |
| 08/23/2002 | 1202 | Notice of Transfer *of claim MACLAREN USA INC in the amount of $18,775.50* Filed by Tri-Factors. (Minkoff, Robert) (Entered: 08/23/2002) |
| 08/19/2002 | 1179 | Notice of Transfer *of claim NEWKIDCO in the amount of $110,408.52* Filed by Tri-Factors. (Minkoff, Robert) (Entered: 08/19/2002) |
| 08/19/2002 | 1178 | Notice of Transfer *of claim SONNY MERRYMAN INC in the amount of $14,111.45* Filed by Tri-Factors. (Minkoff, Robert) (Entered: 08/19/2002) |
| 08/19/2002 | 1177 | Notice of Transfer *of claim HOORAY in the amount of $10,674.00* Filed by Tri-Factors. (Minkoff, Robert) (Entered: 08/19/2002) |
| 08/19/2002 | 1176 | Notice of Transfer *of claim GUND INC in the amount of $12,864.08* Filed by Tri-Factors. (Minkoff, Robert) (Entered: 08/19/2002) |

- 5 -

| 08/19/2002 | 1175 | Notice of Transfer *of claim TAURUS TOY CORPORATION in the amount of $18,553.50* Filed by Tri-Factors. (Minkoff, Robert) (Entered: 08/19/2002) |
|---|---|---|
| 08/02/2002 | 1132 | Notice of Withdrawal *of claim Weinrot, Dana is hereby withdrawn* Filed by Liquidity Solutions Inc. (Minkoff, Robert) (Entered: 08/02/2002) |
| 12/07/2001 | 811 | Notice of Transfer *of claim Grover, Vaneet in the amount of $520.67* Filed by Liquidity Solutions Inc. (Minkoff, Robert) (Entered: 12/07/2001) |