# State of New York
# Department of State } ss:

I hereby certify, that the records of this Department show that TRAUB, BONACQUIST & FOX LLP a New York Registered Limited Liability Partnership filed a Registration on 09/18/1996

It was revoked by proclamation of the Secretary of State published on 03/27/2002 pursuant to the Partnership Law and that such revocation has not been annulled.

***

*Witness my hand and the official seal of the Department of State at the City of Albany, this 09th day of February two thousand and five.*

*Secretary of State*

200502100438  47

ORG. NAME TRAUB, BONACQUIST & FOX LLP

```
TYPE            NUM OF DOCS       STATUS        COUNTY        NFP TYPE         JURISDIC
DOM RLLP        4                 I             ****

  DATE          MICROFILM #       CODE     DESCRIPTION
_ 03/27/2002    RV-1581112        37DP A   REVOCATION OF REGISTRATION (DOM RLLP)
_ 12/30/1996    961230000087      31DP A   AFFIDAVIT OF PUBLICATION (DOM RLLP)
_ 12/30/1996    961230000085      31DP A   AFFIDAVIT OF PUBLICATION (DOM RLLP)
_ 09/18/1996    960918000230      01DP A   NOTICE OF REGISTRATION
_ __/__/____    _____      __
_ __/__/____    _____      __
_ __/__/____    _____      __
_ __/__/____    _____      __
_ __/__/____    _____      __
_ __/__/____    _____      __

INF101 - PROVIDE REQUIRED INFORMATION AND PRESS APPROPRIATE FUNCTION KEY
===>
1=            2=CURRENT    3=PREVIOUS    4=LIST      5=MERGER      6=STOCK
7=BACKWARD    8=FORWARD    9=CO DETAIL   10=FILER    11=CONVER     12=NAME ENTRY
```

\*\* NO SERVICE COMPANY \*\*

Enclosed is the information you requested.

If the name on the enclosed document(s) does not match exactly with the name of the entity you requested, this office does not have a record of the exact name you requested. The document(s) provided appear(s) to be of sufficient similarity to be the entity requested.

200502100438    47