This is the Service list for the Appellant Brief in reply to the PEDC motion to dismiss.

Where responses have been entered into the Docket along with a service list today of the following listed parties below.

Including but not limited to the parties below additional notes of such are being sent Everywhere We Can to assure that the information is Public.

Notice of Electronic Filing

The following transaction was received from rwc, entered on 11/4/2005 at 3:09 PM EST and filed on 11/4/2005

| | |
|---|---|
| **Case Name:** | In re: eToys, Inc. |
| **Case Number:** | 1:05-cv-728 |
| **Filer:** | Steven Haas |
| **Document Number:** | 13 |

**Docket Text:**
ANSWERING BRIEF in Opposition to [5] MOTION to Dismiss Based upon Motion to Dismiss Appeal - filed by Steven Haas.Reply Brief due date per Local Rules is 11/14/2005. (rwc, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/4/2005] [FileNumber=122583-0]
[28f4c24923c7e58735bd222cead27d6baca2a6e3086e169da4de56a828b65cadeca0
d54fae661eee962361f86f850d2b0984db73a12c1ee162062c8f23a66d9b]]


Robert Alber
eToys Shareholder
by electronic mail
condo28@mail.com

Laser Steven Haas
Laserhaas@msn.com

Fred Rosner
As Counsel For the PEDC
By regular Mail 7 email

frosner@jshllp-de.com

Wall Street Journal
Joe Periera
(initial reporting reporter)
by email

Dow Jones News
Peg Brickley
(initial reporter)
by email

Web Prof Law Blog
Professors and administrators


  U. S. Department of Justice
   Office of the Inspector General
   950 Pennsylvania Avenue, NW, Suite 4706
   Washington, DC 20530-0001

H. Marshall Jarrett, Counsel
Office of Professional Responsibility
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C. 20530

U.S. Office of Government Ethics
1201 New York Avenue, NW.
Suite 500
Washington, DC 20005

**Attorney General** Alberto R. Gonzales

    U.S. Department of Justice

    950 Pennsylvania Avenue, NW

    Washington, DC 20530-0001

**Executive Office for U.S. Trustees**
**Office of the General Counsel**
**Department of Justice**
20 Massachusetts Ave., N.W., Suite 8000
Washington, D.C. 20530
(202-307-1399/FAX-2397)


**Mailing Address**

The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001


Letters to the Editor
The Washington Post
1150 15th Street Northwest
Washington, DC 20071