IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                              )
                                                    )
ETOYS, INC., et al.,                                )
                                                    )
                          Debtor.                   )
_____ _____ _____             )
                                                    )
STEVEN HAAS,                                        )
                                                    )
                          Appellant,                )
                                                    )
          v.                                        )     Civil Action No. 05-728-KAJ
                                                    )
ETOYS, INC. AND POST-EFFECTIVE                      )
DATE COMMITTEE OF UNSECURED                         )
CREDITORS,                                          )
                                                    )
                          Appellee.                 )

## ORDER

At Wilmington this 14th day of November, 2005,

For the reasons set forth by the court during the telephonic oral argument,

IT IS HEREBY ORDERED that appellee's motion to dismiss the appeal

(D.I. 5) is GRANTED.


UNITED STATES DISTRICT JUDGE