**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
In re: :
: Chapter 11
:
ETOYS, INC., et al., : Case Nos. 01-0706 (RB)
: Through 01-0709 (RB)
Confirmed Debtors. :
:
------------------------------------------------------------x
STEVEN HAAS, :
:
Appellant, : Civil Action No. 05-728 (KAJ)
:
v. :
:
ETOYS, INC. AND POST-EFFECTIVE DATE :
COMMITTEE OF UNSECURED CREDITORS, :
Appellee. :

**CERTIFICATE OF SERVICE**

I, Frederick B. Rosner, hereby certify that on this 16th day of November 2005, I caused a copy of the *Order* dated November 14, 2005 to be served upon the parties listed below in the manner indicated:

| | |
|---|---|
| *E-mail* | *Facsimile* |
| Collateral Logistics, Inc. | Mark S. Kenney, Esquire |
| bhaass@aol.com | Office of the United States Trustee |
| laserhaas@msn.com | 844 King Street |
| laserace01@yahoo.com | Wilmington, DE 19801 |
| | |
| *Facsimile* | *First Class Mail* |
| Gregory Werkheiser, Esquire | EBCI, Inc. |
| Morris Nichols Arsht & Tunnell | Attn: Barry Gold, Plan Administrator |
| 1201 Market Street | 400 Continental Boulevard |
| Wilmington, DE 19801 | El Segundo, CA 90245 |

15576

**JASPAN SCHLESINGER HOFFMAN LLP**

By:   /s/ Frederick B. Rosner
      Frederick B. Rosner (No. 3995)
      913 Market Street, 12th Floor
      Wilmington, DE 19801
      Telephone: (302) 351-8000

      Counsel to the Appellee, The Post-Effective
      Date Committee

15576