

**Express Mail** — Post Office To Addressee

TO: Clerk US District Court
Lock Box 18
844 N King St.
Wilmington, Delaware
19801

PHONE: 310 819-7777

FROM: Steve Naas / CLI
178 E Jewel
Delmar DE 19807

PHONE: 310 819-7777

PO ZIP Code: 90009
Date Accepted: 12/7/05
Time Accepted: 1657
Flat Rate or Weight: 3.0 lbs

Scheduled Date of Delivery: 12/8/05
Postage: $13.65
Total Postage & Fees: $13.65

EQ 461121842 US

RECEIVED DEC - 8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE