UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 5-5359

Haas, et al.

vs.

Post Effective Dates

Steven B. Haas, Appellant

(Delaware District Bankruptcy No. 05-cv-00728)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: January 19, 2006
cc:
    Steven B. Haas
    Frederick B. Rosner, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk